FILED

01/31/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: PR 24-0043

Pamela D. Bucy
Chief Disciplinary Counsel
P.O. Box 1099
Helena, Montana 59624
Tel: (406) 442-1648
pbucy@montanaodc.org

Office of Disciplinary Counsel

BEFORE THE COMMISSION ON PRACTICE OF THE

SUPREME COURT OF THE STATE OF MONTANA

\* \* \* \* \* \* \* \* \* \* \* \* \*

| | |
|---|---|
| IN THE MATTER OF | ) Supreme Court Cause No. PR 24-0043 |
| | ) |
| KATHERINE A. PROCTOR, | ) ODC File No. 22-256 |
| | ) |
| A Suspended Attorney, | ) **COMPLAINT** |
| | ) |
| Respondent. | ) **Rule 8.4, MRPC** |
| | ) |

The Office of Disciplinary Counsel for the State of Montana ("ODC"), hereby

charges Katherine A. Proctor with professional misconduct as follows:

1. Katherine A. Proctor, hereinafter referred to as Respondent, was admitted

to the practice of law in the State of Montana in 2009, at which time Respondent

took the oath required for admission, wherein she agreed to abide by the Rules of

Professional Conduct, the Disciplinary Rules adopted by the Supreme Court, and the

highest standards of honesty, justice and morality, including but not limited to, those

*Complaint* - Page 1

outlined in parts 3 and 4 of Chapter 61, Title 37, Montana Code Annotated.

2. The Montana Supreme Court has approved and adopted the Montana Rules of Professional Conduct ("MRPC"), governing the ethical conduct of attorneys licensed to practice in the State of Montana, which Rules were in effect at all times mentioned in this Complaint.

3. Respondent was charged by Information on January 24, 2022, with Aggravated Assault, a felony, in violation of §45-5-202, MCA, (Count I) and Accountability for Aggravated Assault, a felony, in violation of §45-2-301/45-5-202, MCA, (Count II). The Information alleged that between on or about June 28, 2021 through September 29, 2021, Respondent purposely or knowingly caused serious bodily injury to her infant child, P.P. Respondent, either before or during the commission of Aggravated Assault against P.P., solicited, aided, abetted, agreed or attempted to aid another in the planning or commission of serious bodily injury to P.P.

4. Following a jury trial held on December 5 – December 15, 2022, Respondent was found guilty of Assault on a Minor, a felony, in violation of §45-5-212, MCA. The jury additionally found, beyond a reasonable doubt, that, at the time of the offense, the victim was under thirty-six (36) months of age and the assault resulted in serious bodily injury.

//

*Complaint* - Page 2

5. On June 9, 2023, Respondent was sentenced to the Montana State Prison for twenty (20) years, with no time suspended.

6. By Order filed January 30, 2024, the Montana Supreme Court, pursuant to Rule 23B, Rules for Lawyer Disciplinary Enforcement ("RLDE"), determined the criminal offense of which Respondent has been convicted affects the Respondent's ability to practice law, suspended Respondent from the practice of law pending disposition of disciplinary proceedings, and directed ODC to file a complaint against Respondent predicated upon her criminal conviction.

7. Pursuant to Rule 8A(3), RLDE, conduct which results in conviction of a criminal offense is a ground for discipline.

8. Pursuant to Rule 8.4(b), MRPC, it is professional misconduct for a lawyer to "commit a criminal act that reflects adversely on the lawyer's honesty, trustworthiness or fitness as a lawyer in other respects[.]"

9. Pursuant to Rule 23C, RLDE, the sole issue to be determined in the formal disciplinary proceedings herein "shall be the extent of the final discipline to be imposed."

WHEREFORE, the Office of Disciplinary Counsel prays:

1. That a Citation be issued to the Respondent, to which shall be attached a copy of the complaint, requiring Respondent, within twenty-one (21) days after service thereof, to file a written answer to the Complaint;

*Complaint* - Page 3

2. That a formal hearing be had on the allegations of this Complaint before an Adjudicatory Panel of the Commission;

3. That the Adjudicatory Panel of the Commission make a report of its findings and recommendations after a formal hearing to the Montana Supreme Court, and, in the event the Adjudicatory Panel finds the facts warrant disciplinary action and recommends discipline, that the Commission also recommend the nature and extent of appropriate disciplinary action, including an award of costs and expenses incurred in investigating and prosecuting this matter; and,

4. For such other and further relief as deemed necessary and proper.

DATED this 31st day of January, 2024.

OFFICE OF DISCIPLINARY COUNSEL

By: _Pamela D. Bucy_

Pamela D. Bucy
Chief Disciplinary Counsel

**CERTIFICATE OF SERVICE**

I, Pamela D. Bucy, hereby certify that I have served true and accurate copies of the foregoing Complaint - Formal Complaint and Citation to Appear to the following on 01-31-2024:

Shelly Smith (Court Reporter)
Office Administrator
Supreme Court Boards and Commissions
P.O. Box 203002
301 S. Park Ave., Ste. 328
Helena MT 59624
Service Method: eService
E-mail Address: shellysmith@mt.gov

Electronically signed by Shelby Streib on behalf of Pamela D. Bucy
Dated: 01-31-2024